1  PETER J. WOO (SBN 306083)
   pwoo@goldbergsegalla.com
2  DAVID Y. CHOI (SBN 263917)
   dchoi@goldbergsegalla.com
3  GOLDBERG SEGALLA LLP
   777 S. Figueroa Street, Suite 2000
4  Los Angeles, CA 90017
   Mailing Address:
5  P.O. Box 17220
   Los Angeles, CA 90017
6  Telephone:  (213) 415-7200
   Facsimile:   (213) 415-7299
7
   Attorneys for Plaintiff
8  PARKERVISION, INC

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 | PARKERVISION, INC.,                         | CASE NO. 5:20-cv-01030-GW-SHK

12 |                                             | **STIPULATION FOR EXTENSION
   |        Plaintiff,                           | OF TIME FOR DEFENDANTS' TO
13 |    v.                                       | RESPOND TO INITIAL
   |                                             | COMPLAINT BY 120 DAYS**
14 | TCL TECHNOLOGY GROUP CORP.,
15 | and TTE TECHNOLOGY, INC.,                   | Complaint served: May 21, 2020
16 |                                             | Current response due: June 11, 2020
   |        Defendants.                          | New response date: October 9, 2020
17

Plaintiff ParkerVision, Inc. ("Plaintiff"), by its counsel of record, hereby states as follows:

WHEREAS Plaintiff filed its Complaint on May 14, 2020 (Dkt. 1) against TCL Technology Group Corp. (the "Foreign TCL Defendant") and TTE Technology, Inc. (the "US TCL Defendant") (collectively, "Defendants");

WHEREAS Plaintiff served the Complaint on the US TCL Defendant on May 21, 2020 and this defendant's responsive pleading is currently due on June 11, 2020. (Dkt. 26);

WHEREAS the Foreign TCL Defendant has consented to waive service of process of the summons and complaint under the Hague Convention;

WHEREAS in an effort to align response dates for Defendants, Defendants have requested and Plaintiff has agreed to an extension of time to respond to the Complaint of One Hundred and Twenty (120) days, through and including October 9, 2020;

WHEREAS good cause in supporting this motion for extension of time exists because the extension allows the Defendants adequate time to evaluate the Complaint and formulate their responses;

WHEREAS the motion for extension of time is not interposed for any delay or prejudice to any party;

IT IS HEREBY REQUESTED by counsel for Plaintiff, being made at the request of the Defendants, that Defendants shall respond to the Complaint on or before Friday, October 9, 2020.

| | | |
|---|---|---|
| Dated: June 9, 2020 | | GOLDBERG SEGALLA LLP |

By: /s/*Peter J. Woo*
    Peter J. Woo

*Attorneys for Plaintiff*
  PakerVision, Inc.

Dated: June 9, 2020        BRINKS GILSON & LIONE

By: /s/*Gang Chen*
    Gang Chen

*Attorneys for* TCL Defendants

-3-
STIPULATION EXT. ANSWER 120 DAYS 8:20-CV-01030-GW-SHK